# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3292

_____

United States of America,      *
     *
     Appellee,      *
     *    Appeal from the United States
     v.      *    District Court for the
     *    Northern District of Iowa.
Christopher J. Noonan,      *
     *    [UNPUBLISHED]
     Appellant.      *

_____

Submitted: April 21, 2008
Filed: April 24, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Christopher J. Noonan appeals the 6-month prison sentence the district court[1] imposed after revoking his supervised release. He was released from custody on January 18, 2008, however, and is not serving a further term of supervised release. Accordingly, the appeal is dismissed and counsel's motion to withdraw is denied as moot. Cf. Spencer v. Kemna, 523 U.S. 1, 5-7, 18 (1998) (habeas challenge to parole revocation became moot upon expiration of sentence).

_____

[1]The Honorable Jon Stuart Scoles, United States Magistrate Judge for the Northern District of Iowa, presided over this misdemeanor prosecution pursuant to 18 U.S.C. § 3401.